EX-(A)

Plaintiff, Olajuwon R. Simmons, is and was at all times mentioned here in a prisoner of the state of Florida in the custody of the Florida Department of Corrections. I currently confined in Santa Rosa Correctional Institution in Milton Florida.

(Defendant)

1.) Florida Department of Corrections is responsible for my care, custody, and controll. The Department's security is responsible for not considering to contact medical in a timely manner, due to the severity of my injury medical should have been contacted immediately upon the sight of blood loss and the apparent fact that I stood with my ear in the palm of my hand. My injury was not acted upon as a medical emergency as required by state law.

(Defendant)

2.) Corizon failing to respond to plaintiff complaint that plaintiff had been leaking a yellowish fluid from his right ear more than a week, that the problem had grown worse in the previous week Corizon had knowledge of plaintiff serious medical need. Plaintiff complaint informed Corizon that outside hospital doctor's orders were follow-up skingraft no less than two days 9 days overlaps Corizon had ignored plaintiff daily request for aid and had already failed to set up an appointment with an plastic surgeon as outside hospital doctor's orders, that is deliberate indifference to the true facts of an inmate medical condition and need. Corizon failure to act on plaintiff complaint, intentionally delayed plaintiff treatment from the time Corizon received the notice from outside hospital the period of delay was approximately 10 days and there was no good reason for it.

Criterion medical facility knew of plaintiff prescribed medical treatment for artificial ear but intentionally refused to provide it.

EX-(A)

(Defendant)

3.) The Director of health care of the State of Florida Department of Corrections, is legally responsible for the overall operation of the Department and each institution under its Jurisdiction, including lake Butler reception Medical center is directly responsible for not considering follow-up treatment prescribed by outside doctor along professional lines. had the Director of health care responded to my injury as prescribed. I would not be suffering a permanent loss of my ear and Psychological pain. My ear became infected because the medication prescribed was not issued in a timely manner. The Director of Health care knew of my prescribed needs for medical treatment but intentionally Delay to provide it. The Director of Health care Prevent me from receiving needs recommended medical treatment. deliberate indifference to plaintiff serious medical needs violated plaintiff 8th Amendment Right.

(Defendant)

4.) lake Butler (R.M.C) reception and medical center's assigned plastic surgeon, Franci_ong, is directly responsible for an untimely opperation to reattach my ear as prescribed for a successful opperation (for skingraft). The Skingraft surgeon should have known that my ear was so badly infected and beyond a chance of a successful reattachment. as a result I suffered a loss of my ear and other portion of my ear because of neglect. Violated plaintiff 8th Amendment Right

Ex-(A)

(Defendant)

5.) Mr. Sanchez is a corrections facility doctor of the Florida Department of corrections who, at the time mentioned in this Complaint, held the Rank of urgent care doctor and was assigned to lake Butter reception medical center. At the moment of my severity injury. Dr. Sanchez had Authorities over whether I could be sent back to an outside hospital to save my ear or keep me confined in a cell with a medical emergency. While I was in his office seeing him with other nurse attended he was Noted several time that i needed outside hospital treatment because He never seen my ear from the beginning to reconstruct it back together and each time he denined me which resulted in Delaying a treatment. Which deliberately indifferent. To prisoner serious need.

(Defendant)

6.) Ms. Williams is a correction facility nurse of the Florida Department of Corrections who, at the time mentioned in this complaints, held the Rank of confinement nurse and was assigned to lake Butter reception medical Center Confinement. With nurse Williams being the urgent Care Confinement nurse at the time of my seventy injury. it was her duty to Notify a doctor of the emergency and take caution into coming to check on me at least once througout each day. Which she did not. Violated plaintiff right 8th Amendment of the united States constitution.

EX-(A)

(DEFENDAT)

7.) The warden at lake Butler reception medical center with being a warden an institution there responsible for, care, custudy an control, warden get briefed of all incident that occur at their institution facility and have a major say so of what does and does not go on at that facility. When briefed of my injury he delayed me getting transported to an outside hospital for treatment. In process of delaying, he received a notice stating in order to save my ear it was a time frame i had to meet which was no less than 5days and He did not authorized me to get treated into 15 day later. deliberate indifference to prisoner medical needs

. DEFENdant

8.) MR. Williams is a correction officer of the Florida Department of Corrections who, at the time mentioned in this complaint, held the Rank of Captain and was assigned to lake Butler reception medical center. The Confinement Captain Williams did not stick to the proper procedure regarding an inmate declaring a medical emergency, at that moment of me being behind a door with a severity medical problem, I was in fear of losing my ear. I repeatedly bright to the Captain attention that i had plasma discharing from my ear and each time he denied, ME of my 8th Amendment Right.

EX-(A)

Each defendant is sued in individually and in his or her official capacity, at all time mentioned in this complaint each Defendant acted under the color of state Law.

I Have read the foregoing complaint and here by verify that the matter alleged therein are true, Except as to matter alleged on information belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

respectfully submitted,

Olajuwon R. Simmons
DC# R52795                    Executed, at Milton, FL on 6/26/2018
Santa Rosa Correctional Institution
5850 East Milton Rd.
Milton, FL 32583